# ZIMMERMAN & CRONEN
## ATTORNEYS AT LAW
PATENTS • TRADEMARKS • COPYRIGHTS

MICHAEL JAMES CRONEN

HARRIS ZIMMERMAN
(1919-2009)

HOWARD COHEN
Registered Patent Agent

JENNIFER L. LYNX
IP Paralegal

August 31, 2015

Magistrate Judge Jacqueline Scott Corley
USDC Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

   Re: *FastCap, LLC v. Rousseau Company, et al.*
     Case No. 15-cv-02764 (Rquest For CMC By Phone)

Dear Magistrate Judge Corely:

  I represent plaintiff, FastCap, LLC, in the above. This is to request the Court's permission to allow my participation in the upcoming Case Management Conference ("CMC") by telephone. The CMC is presently scheduled for September 17, 2015, at 1:30 p.m.

  My wife, Nelle, and I are celebrating our 28th wedding anniversary (September 19th) and have a trip scheduled to Ashland, Oregon, for the Oregon Shakespeare Festival, during the week of September 14-18. We have a hotel room and tickets for evening plays on September 16 and 17 (the day before and the day of the scheduled CMC). My wife and I would have to cancel our trip for me to attend the CMC in person in San Francisco on the 17th.

  We would, however, be able to keep our anniversary plans if the Court will allow my attendance at the CMC by telephone. Therefore, this is to respectfully request the Court to allow my participation at the upcoming CMC on September 17, 2015, by telephone.

                Respectfully submitted,

                Michael James Cronen

MJC/mc

cc: Mark Hendricksen, Esq.
(Attorney for Defendants)

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: 9/2/15

*GRANTED* — Jacqueline Scott Corley, Judge Jacqueline Scott Corley