

PATENTS ■ TRADEMARKS ■ COPYRIGHTS

601 W. 1st Avenue, Suite 1300
Spokane, WA 99201-3828
(509) 624-4276
FAX (509) 838-3424
www.wellsstjohn.com

September 3, 2015

Magistrate Judge Jacqueline Scott Corley
USDC Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  FastCap LLC v. Rousseau Company, et al
     Case No. 15-cv-02764

Dear Magistrate Judge Corley:

   I represent the Defendants in the above-referenced matter. In light of Plaintiff's counsel, Mr. Cronen, appearing telephonically at the Case Management Conference, scheduled for September 17, 2015 at 1:30 p.m., I ask permission from the Court to also attend the conference telephonically.

   Thank you for your consideration.

                                          Sincerely,

                                          Mark W. Hendricksen

MWH/cdw
cc: Michael James Cronen
    Brian Irion

   Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements
   to appear by telephone.
   Dated: 9/4/15



1                                                       Wells St. John P.S.

L105_Sep_02,_2015_365671.doc