

**LAW OFFICES OF BRIAN IRION**

611 Veterans Blvd., Suite 209
Redwood City, California 94063
Tel: (650) 363-2600
Fax: (650) 363-2606

---

September 8, 2015

Magistrate Judge Jacqueline Scott Corley
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re:  FastCap, LLC v. Rousseau Company, et al.
     Case No. 15-cv-02764

Dear Magistrate Judge Corley:

I represent Defendants in the above-referenced matter. This letter is to request the Court's permission to allow my participation in the upcoming Case Management Conference scheduled for September 17, 2015 at 1:30 p.m. by telephonic appearance. Both plaintiff's counsel and defendant's co-counsel, Mark Hendricksen, have received approval from the Court to appear telephonically and I ask for that same consideration.

Respectfully submitted,

LAW OFFICES OF BRIAN IRION

Brian Irion

cc: Michael J. Cronen
    Mark W. Hendricksen

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.
Dated: 10/26/2015

